IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL WELCH, #222 339, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-61-WHA |
| | ) | |
| AL BD. PARDONS AND PAROLES, | ) | (wo) |
| | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

In accordance with the Order of the court entered on this day, this action is DISMISSED with prejudice and final judgment is entered in favor of the Defendant and against the Plaintiff. No costs are taxed.

Done this 21st day of September, 2017.

　/s/ W. Harold Albritton　
SENIOR UNITED STATES DISTRICT JUDGE